No. 82-167

IN THE SUPREME COURT OF THE STATE OF MONTANA

1982

---

STATE OF MONTANA,

Plaintiff and Appellant,

vs.

WILLIAM PRZYBYLOWICZ,

Defendant and Respondent.

---

Appeal from: District Court of the Fourth Judicial District,
In and for the County of Ravalli
Honorable James B. Wheelis, Judge presiding.

Counsel of Record:

For Appellant:

Hon. Mike Greely, Attorney General, Helena, Montana
Robert B. Brown, County Attorney, Hamilton, Montana

For Respondent:

Smith, Connor and Van Valkenberg, Missoula, Montana
Fred Van Valkenberg, Missoula, Montana

---

Submitted on briefs: September 30, 1982

Decided: December 9, 1982

Filed: DEC 9 - 1982

Thomas J. Kearney
Clerk

PER CURIAM:

On October 7, 1981, a jury convicted defendant, William Pryzbylowicz and his wife, Heidi, of criminal mischief and arson. Defendant, Bill Pryzbylowicz, orally moved at the November 27, 1981, sentencing hearing to have his verdicts set aside and the charges against himself dismissed for lack of sufficient evidence to support the verdicts. The court took defendant's motion under advisement and proceeded to sentence each defendant to eight years in prison and suspended the sentences.

In order to be properly before the District Court, defendant's motion should have been made pursuant to section 46-16-702(2), MCA, motion for a new trial. That section requires that such a motion be in writing, be specific regarding the grounds therefor, be made within thirty days following the verdice and that reasonable notice of the motion be given the State.

None of those requirements were met here. The motion to dismiss the charges and set aside teh verdicts against Bill Pryzbylowicz was made orally, fifty-seven days after entry of the verdicts. No notice of the motion was given the State. Therefore, defendant's motion was not properly before the court, and the court should not have ruled on it.

It is irrelevant that the State failed to complain of the procedural process employed by defendant prior to the State's appeal to this Court. The procedural error was such that the motion should never have been before the District Court.

The January 26, 1982, order of the Fourth Judicial District Court is vacated. This case is remanded to that

court for reinstatement of the jury verdict against defendant.

_____
John Conway Harrison

_____
Gene B. Daly

_____
Daniel J. Shea

_____
Frank B. Morrison

_____
Justices

-3-